**United States District Court**
**Violation Notice**

CVB Location Code: CA70

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0610887 | M. Stark | 1757 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 8/2/09
Offense Charged: ☐ CFR ☐ USC ☐ State Code: 36 CFR 2-32(a)(1)

Place of Offense: Clarks Bridge

Offense Description: Any Interference w/ a Government employee engaged in an official duty

P 0610887

**DEFENDANT INFORMATION** Phone: ( )

Last Name: Morals
First Name: Rafael
M.I.: W

Street Address:
City: LA
State: CA
Zip Code: 96022
Date of Birth (mm/dd/yyyy):

Drivers License No.:
D.L. State: CA
Social Security No.:

☐ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  Hair: BN   Eyes: BRO   Height: 5'11  Weight: 160

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

09-3064

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy     NPS 10-50 (Rev. 7-05)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on ___August 2___, 20_09_ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___California___

While on patrol within the boundaries of Yosemite National Park as a Law Enforcement Officer I had contacted a male subject later identified as Rafael Negrete Morales after smelling the strong odor of burnt marijuana at the Clark's Bridge on his person. Morales admitted to smoking marijuana. During my contact I asked Morales for his driver's license. Morales stated that he did not have any identification on him. I asked Morales for his full name, date of birth and the state his driver license was issued. He stated his name was Ralph Morales, no middle name, DOB ____ and a CA DL. No record was located for Morales in the California DMV computer database, CLETS. I confirmed with Morales that his name was Ralph Morales with a DOB of ____ Still no computer records were located in CLETS. Ranger Mike Foster spoke with Morales and asked if his name was possibly Rafael and not Ralph. He told Foster his name was Ralph. Morales was detained and brought to the Yosemite Jail to be identified using a live scan. En route to the Jail Morales stated that he had lied about his name because he was on parole and did not want to go back to prison. After receiving Morales's social security number he was positively identified as Rafael Negrete Morales DOB ____. In the Jail booking room Morales continued to provide false information to the Jail Ranger Staff and became very agitated and belligerent with them during booking. Morales removed all of his clothing, stood in the booking cell and repeatedly made statement to the Jail Staff that they should kill him because he had done nothing wrong. Morales was unable to be processed because he was incorporative, disruptive, argumentative and verbally abusive towards the Jail Ranger staff. End.

☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/2/09     ___[signature]___
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0610886 | M. STARK | 1754 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 8/2/09 00:25 | 36CFR 2.32(a)(3) |

Place of Offense: Clark's Bridge

Offense Description: Giving false Information

P0610886

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Morales | Rafael | N |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LA | CA | 36022 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | BRO | 5-11 | 160 |

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

09-3064

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |
| | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 2**, 20**09** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**

While on patrol within the boundaries of Yosemite National Park as a Law Enforcement Officer I had contacted a male subject later identified as Rafael Negrete Morales after smelling the strong odor of burnt marijuana on his person at the Clark's Bridge. Morales admitted to consuming several alcohol beverages over the course of the evening. Ranger Mike Siler arrived at my location on bike patrol and witnessed a separate male subject, identified as Victor G. Bugarin, seated adjacent to Morales throw a plastic bag containing a plant like substance, marijuana behind him. During my contact I asked Morales for his driver's license. Morales stated that he did not have any I identification on him. I asked Morales for his full name, date of birth and the state his driver license was issued. He stated his name was Ralph Morales, no middle name, DOB          and a CA DL. No record was located for Morales in the California DMV computer database, CLETS. I confirmed with Morales that his name was Ralph Morales with a DOB of          Still no computer records were located in CLETS. Ranger Mike Foster spoke with Morales and asked if his name was possibly Rafael and not Ralph. He told Foster his name was Ralph. Morales was detained and brought to the Yosemite Jail to be identified using a live scan. En route to the Jail Morales stated that he had lied about his name because he was on parole and did not want to go back to prison. After receiving Morales's social security number he was positively identified as Rafael Negrete Morales. End.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/2/09 _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge